<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7290**

───────────

RODNEY M. JONES,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; GERALDINE P. MIRO,
Warden; CHARLES M. CONDON, Attorney General,

Respondents - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Joseph F. Anderson, Jr., Chief Dis-
trict Judge. (CA-00-1820-0-17BD)

───────────

Submitted: October 20, 2000      Decided: November 17, 2000

───────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Rodney M. Jones, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney M. Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Jones v. State of South Carolina, No. CA-00-1820-0-17BD (D.S.C. Aug. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2